UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| SHARON SCHOENUNG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:13-cv-789  TWP-DML |
| | ) | |
| INDIANA BUREAU OF MOTOR | ) | |
| VEHICLES; | ) | |
| COMMISSIONER, Indiana Bureau of | ) | |
| Motor Vehicles, in his official capacity; | ) | |
| JOHN DOES, in their individual capacities, | ) | |
| | ) | |
| Defendants. | ) | |

**Notice of Voluntary Dismissal**

Plaintiff, by her counsel, files this notice of voluntary dismissal pursuant to Rule 41(a)(1)(A)(i).

WHEREFORE, plaintiff files her notice of voluntary dismissal.

/s/ *Kenneth J. Falk*
Kenneth J. Falk
No. 6777-49
ACLU of Indiana
1031 E. Washington St.
Indianapolis, IN 46202
317/635-4059  ext. 104
fax: 317/635-4105
kfalk@aclu-in.org

Attorney for Plaintiff

**Certificate of Service**

I hereby certify that on this 3d day of July, 2013, a copy of the foregoing was filed electronically with the Clerk of this Court.  Notice of this filing will be sent to the following

parties by operation of the Court's electronic filing system and the parties may access this filing through the Court's system.

Laura Bowker
Deputy Attorney General
Laura.bowker@atg.in.gov

Rebecca A. Brelage
Deputy Attorney General
Rebecca.brelage@atg.in.gov

                 /s/*Kenneth J. Falk*
                 Kenneth J. Falk
                 Attorney at Law